982 A.2d 1217

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jules JETTE, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 14, 2009.

## *ORDER*

PER CURIAM:

**AND NOW,** this 14th day of October, 2009, the Petition for Allowance of Appeal is **GRANTED.** The issue has been reframed as follows:

Did the Superior Court err in requiring court-appointed PCRA counsel to file a petition for remand to address claims asserted in a *pro se* petition for remand that challenged counsel's representation on appeal?